JOHN ALLCOCK (Bar No. 098895)
RANDALL E. KAY (Bar No. 149369)
ERICA J. PASCAL (Bar No. 248677)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2800
Fax: 619.699.2701
john.allcock@dlapiper.com
randy.kay@dlapiper.com
erica.pascal@dlapiper.com
[*Additional attorneys listed on following page*]

Attorneys for Defendants/Counterclaimants
NEXTEL COMMUNICATIONS, INC.; et. al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENOVSYS LLC, a California limited liability company,

Plaintiff,

v.

NEXTEL COMMUNICATIONS, INC., et al.,

Defendants.

NEXTEL COMMUNICATIONS, INC., et al.,

Counterclaimants,

v.

ENOVSYS LLC, a California limited liability company,

Counterdefendant.

CASE NO. CV 06-5306-RSWL (SHx)

**NEXTEL OF CALIFORNIA, INC. ET AL.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. §§ 102 and 103**

Date: February 14, 2008
Time: 9:00 a.m.
Courtroom: 21

Judge: Hon. Ronald S.W. Lew
Discovery Cutoff: November 26, 2007
Pretrial Conf.: April 7, 2008
Trial: May 6, 2008

RAYMOND W. MORT III
(admitted pro hac vice, TX Bar No. 00791308)
DLA PIPER US LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746
Tel: (512) 457-7234
Fax: (512) 457-7001
raymond.mort@dlapiper.com

JOSHUA BRIONES (Bar No. 205293)
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, CA 90067-6022
Tel: (310) 595-3076
Fax: (310) 595-3376
joshua.briones@dlapiper.com

Attorneys for Defendants/Counterclaimants
NEXTEL COMMUNICATIONS, INC., et al.

## NOTICE OF MOTION AND MOTION

To the Court and to all parties and their counsel of record:

PLEASE TAKE NOTICE that on February 14, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Ronald S. W. Lew in Courtroom 21 of the United States District Court for the Central District of California located at 312 N. Spring Street, Los Angeles, CA 90012, Defendants/ Counterclaimants Nextel of California, Inc.; Nextel Communications, Inc.; Nextel Communications of The Mid-Atlantic, Inc.; Nextel of New York, Inc.; Nextel South Corp.; Nextel of Texas, Inc.; Nextel West Corp.; Sprint Nextel Corporation; Sprint Communications Company L.P.; Sprint Spectrum, L.P.; and Sprint Solutions, Inc. (collectively, "Nextel of California, Inc., et al." or "Defendants") will and hereby do move the Court for summary judgment on the affirmative defenses and counterclaims of invalidity under 35 U.S.C. §§ 102 and 103.

The basis for the motion, set forth in the accompanying memorandum of points and authorities and to be presented by Defendants in their forthcoming reply brief and oral argument before the Court, is lack of any genuine issue of material fact that as a matter of law U.S. Patent Nos. 5,918,159 and 6,560,461 are anticipated and rendered obvious and hence invalidated by the prior art.

This motion is made following the conference of counsel pursuant to L.R 7-3 which took place on December 7, 2007; the parties met and conferred on this date regarding the substance of the motion but were unable to reach an informal resolution of the issues.

Therefore, Defendants hereby submit the instant motion supported by the accompanying memorandum of points and authorities, the Declaration of Erica J. Pascal and its attached exhibits (including those filed manually with an application

/////

/////

/////

to file under seal), and Defendants' Statement of Uncontroverted Facts and Conclusions of Law.

Respectfully Submitted,

Dated: December 28, 2007

DLA PIPER US LLP

By: /s/ Erica J. Pascal

JOHN ALLCOCK (Bar No. 098895)
RANDALL E. KAY (Bar No. 149369)
ERICA J. PASCAL (Bar. No. 248677)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2800
Fax: 619.699.2701
john.allcock@dlapiper.com
randy.kay@dlapiper.com
erica.pascal@dlapiper.com

RAYMOND W. MORT III
(admitted pro hac vice, TX Bar No. 00791308)
DLA PIPER US LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746
Tel: (512) 457-7234
Fax: (512) 457-7001
raymond.mort@dlapiper.com

Attorneys for Defendants/Counterclaimants
NEXTEL COMMUNICATIONS, INC., et al