Gregory S. Dovel (State Bar No. 135387)
greg@dovellaw.com
Jeff Eichmann (State Bar No. 227472)
jeff@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 656-7069 fax

Attorneys for Plaintiff and Counterdefendant
Enovsys LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Enovsys LLC,<br><br>   Plaintiff/Counterclaim defendant,<br><br>vs.<br><br>Nextel Communications, Inc., et al.,<br><br>   Defendants/Counterclaimants. | Case No. CV 06-05306 RSWL (SHx)<br><br>**Amended Judgment** |

Having considered Plaintiff's Request for Judgment, Defendants' objections thereto, and Plaintiff's unopposed motion to amend the Judgment, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | **JUDGMENT IS ENTERED** on behalf of Plaintiff Enovsys LLC.  The Nextel Defendants are **ORDERED** to pay damages in the amount of $1,644,036 for infringement of the '159 patent, $599,958 for infringement of the '461 patent, and prejudgment interest in the amount of $213,344.  The Sprint Defendants are **ORDERED** to pay damages in the amount of $518,837 for infringement of the '461 patent and prejudgment interest in the amount of $31,169.  The Court further finds that Plaintiff is the prevailing party and is entitled to costs. |

**IT IS SO ORDERED.**

*[signature: Ronald S.W. Lew]*

Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

Date:  October 30, 2008